# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAURICE PEARL, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01404-LDG-CWH |
| vs. | ) | **ORDER** |
| UNITED STATES POSTAL SERVICE, | ) | |
| Defendant. | ) | |

   This matter is before the Court on Plaintiff's Motion for Status Conference (#5), filed May 3, 2011. The Court has reviewed the request and finds that a status conference is not necessary at this time. Plaintiff has filed an amended complaint (#4), which must be screened. If necessary and after a screening order has been issued on Plaintiff's amended complaint, Plaintiff may request a status conference. Accordingly,

   **IT IS HEREBY ORDERED** that Plaintiff's Motion for Status Conference (#5) is **denied**.

   DATED this 8th day of May, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge